UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

       Plaintiff,

  -v-                                                                    13-CV-1065-S

ONE GREEN 2005 DODGE MAGNUM,
VIN: 2D4GV58265H526254,

       Defendant.

_____

## JUDGMENT BY DEFAULT AND ORDER OF FORFEITURE

The plaintiff, the United States of America, has moved for a Judgment by Default, pursuant to Federal Rules of Civil Procedure 55(b)(2), and for an Order of Forfeiture. After reviewing the affidavit of Richard D. Kaufman, Assistant United States Attorney, sworn to on December 30, 2013, and it appearing that no individual or entity has filed a Verified Claim and Answer with respect to the above captioned defendant vehicle as required by the Warrant that was served upon it, as provided by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and an Entry of Default against the defendant vehicle has been entered in this action by the Clerk of the Court; and it appearing that no motions seeking permission to file late claims or answers have been filed; and it appearing that no objections to the motion for default have been filed in this Court by any party and that the plaintiff is entitled to have a Judgment by Default entered; it is hereby

ORDERED, that this Judgment by Default be entered against the defendant

vehicle, and it is further

ORDERED, that the defendant vehicle be and hereby is forfeited to the United States of America, pursuant to Title 21, United States Code, Sections 881(a)(4) and (6), and is to be disposed of by United States Marshals Service according to law; and it is further

ORDERED, that all claims and interests of any individual or entity in the defendant vehicle are forever forfeited, closed, and barred.

**SO ORDERED**.

DATED:   February 5, 2014.

                                              sWilliam M. Skretny
                                              WILLIAM M. SKRETNY
                                              Chief Judge
                                          United States District Court